146 P.3d 630

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

Kaanapali Hillside Homeowners'
Ass'n v. Doran ................ 25585     10/31/2006  Denied     112 Hawai'i 356,
                                                                145 P.3d 899